UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21010-MGC

JESUS GONZALEZ

      Plaintiff,

vs.


EM SQUARED MIAMI, LLC
d/b/a KFC at Central Shopping Plaza,

      Defendant.

_____/

## NOTICE OF SETTLEMENT FOR ALL PARTIES

      Plaintiff Jesus Gonzalez ("Plaintiff"), hereby files this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant EM SQUARED MIAMI, LLC d/b/a KFC at Central Shopping Plaza, ("Defendant") to resolve the claims against them.

2. The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.


      Respectfully submitted,

      */s/ J. Courtney Cunningham*
      J. Courtney Cunningham, Esq.
      J. COURTNEY CUNNINGHAM, PLLC
      FBN: 628166
      8950 SW 74th Court, Suite 2201
      Miami, FL 33156
      T:  305-351-2014
      cc@cunninghampllc.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.