UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21010-MGC

JESUS GONZALEZ,

    Plaintiff,

v.

EM SQUARED MIAMI, LLC
d/b/a KFC at Central Shopping Plaza,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendants EM SQUARED MIAMI, LLC d/b/a KFC at Central Shopping Plaza. Plaintiff JESUS GONZALEZ hereby gives notice that he voluntarily dismisses all claims against Defendants with prejudice, and requests that this Court terminate the action.

Dated: April 21, 2022

        Respectfully submitted,

        */s/ J. Courtney Cunningham*
        J. Courtney Cunningham, Esq.
        J. COURTNEY CUNNINGHAM, PLLC
        FBN: 628166
        8950 SW 74th Court, Suite 2201
        Miami, FL 33156
        T: 305-351-2014
        cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

               */s/ J. Courtney Cunningham*
               J. Courtney Cunningham, Esq.